SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

VALERIE LYNN McKINNEY,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

No.  2:14-CV-02414-EFB

**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended 30 days from the present due date of May 26, 2015, to June 25, 2015.  Plaintiff has raised the concern that two hearing transcripts are missing from the record, and Defendant is actively investigating it.

///

///

///

1

DATED:  May 25, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX

/s/ Shellie Lott
SHELLIE LOTT,
Attorney for Plaintiff

/s/ Ellinor Coder
ELLINOR CODER,
(As authorized by E-mail on 05/22/15)
Special Assistant U S Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

SO ORDERED.

DATED:  June 1, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE