BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8955
        Facsimile: (415) 744-0134
        E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE LYNN MCKINNEY,<br><br>                    Plaintiff,<br><br>        vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 2:14-cv-02414-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

extended from August 5, 2015, to September 25, 2015.  This is Defendant's first request for an

extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this

additional time because of her counsel's heavy workload.

        The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

Stip. for Ds Ext.; 2:14-cv-02414-EFB                1

1          Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3                                                      Respectfully submitted,
    Dated:  August 4, 2015                             */s/ Shellie Lott_____*
4                                                      (As authorized via email on 8/4/2015)
                                                       SHELLIE LOTT
5                                                      Attorney for Plaintiff

6

7   Dated:  August 4, 2015                             BENJAMIN B. WAGNER
                                                       United States Attorney
8                                                      DEBORAH L. STACHEL
                                                       Acting Regional Chief Counsel, Region IX
9                                                      Social Security Administration

10
                                         By:           */s/  Ellinor Coder_____*
11                                                     ELLINOR CODER
                                                       Special Assistant U.S. Attorney
12                                                     OF COUNSEL: AMANDA SCHAPEL
                                                       Assistant Regional Counsel
13

14
                                                       Attorneys for Defendant
15

16

17
                                                ORDER
18

19
    APPROVED AND SO ORDERED.
20

21
    Dated:  August 6, 2015.
22                                         _____
                                           EDMUND F. BRENNAN
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stip. for Ds Ext.; 2:14-cv-02414-EFB                2