BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE LYNN MCKINNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02414-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended by one week from September 25, 2015, to October 2, 2015.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because of her counsel's continued heavy workload, and an unexpected multi-day training commitment this week.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  September 24, 2015

Respectfully submitted,
*/s/ Shellie Lott*_____
(As authorized via email on 9/23/2015)
SHELLIE LOTT
Attorney for Plaintiff

Dated:  September 24, 2015

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Ellinor Coder*_____
ELLINOR CODER
Special Assistant U.S. Attorney
OF COUNSEL: AMANDA SCHAPEL
Assistant Regional Counsel

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  September 24, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE