SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| VALERIE L. McKINNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 2:14-cv-02414-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended 31 days from the present due date of October 23, 2015, to November 23, 2015. This extension is requested due to the writer's heavy briefing schedule and moving to new office.

///

///

///

///

///

1

| | |
|---|---|
| DATED:  October 22, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| | |
| */s/ Shellie Lott* | */s/ Amanda Schapel for Ellinor Coder* |
| SHELLIE LOTT,<br>Attorney for Plaintiff | AMANDA SCHAPEL FOR ELLINOR CODER<br>(As authorized via E-mail on 10/19/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

SO ORDERED.

DATED:  November 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2